In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00027-CV


____________________



IN THE INTEREST OF H.F.R.


 




On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 07-10-10122-CV






MEMORANDUM OPINION


 

 The appellant filed a motion to dismiss this appeal. The motion is voluntarily made
by the appellant prior to any decision of this Court. See Tex. R. App. P. 42.1(a)(1). No other
party filed notice of appeal. We grant the motion and dismiss the appeal.

 APPEAL DISMISSED.



 ______________________________

 STEVE McKEITHEN

 Chief Justice



Opinion Delivered March 5, 2009

Before McKeithen, C.J., Gaultney and Kreger, JJ.